## United States District Court for the Northern District of Illinois

Case Number: 08CV2651         Assigned/Issued By: LI

Judge Name: ST EVE            Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

Amount Due:   [✓] $350.00       [ ] $39.00        [ ] $5.00
              [ ] IFP           [ ] No Fee        [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350.00                Receipt #: 275 9338

Date Payment Rec'd: 5/8/08          Fiscal Clerk: _____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _-0-_ copies on _5/8/08_ as to _DEF_____
                                    (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05