AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, et al.

V.

ROCKFORD BLACKTOP, INC., a Nevada corporation

CASE NUMBER: 08CV2651 TD

ASSIGNED JUDGE: JUDGE ST. EVE
MAGISTRATE JUDGE ASHMAN

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Rockford Blacktop, Inc.
c/o John Holmstrom, III, Registered Agent
4920 Forest Hills Road
Loves Park, IL 61111-5936

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



May 8, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

■ Served personally upon the defendant. Place where served: _____

STATE OF ILLINOIS   )
                    ) ss.
County of Winnebago )

I have served the within writ on the within named  RKFD BLACKTOP INC.
                                                   (corporation)

____N A_____ a corporation, by delivering a copy thereof to

____JOHN HOLSTROM_____    ____REGISTERED AGENT____
           (Name)                                (Title)

of said corporation __M__  __W__  __60__  at  __1401 N. 2ND ST, RKFD__
                    (sex)  (race) (age)              (address)

__05-14-08__        __0900__  A.M.
  (date)             (time)   P.M

                                    __Richard A. Meyers__, SHERIFF
                                    By __D. Conklin #650__, DEPUTY

L/P - 07  12/96

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    Date                Signature of Server

SHERIFF'S FEES:
Service      $ 18.50
Mileage          5
Copies
Taking Bond            _____
Return                    Address of Server
Total        $ 23.50

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.