IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | NO. 08 C 2651 |
| ROCKFORD BLACKTOP CONSTRUC- ) | |
| TION CO., an Illinois corporation, f/k/a ) | JUDGE AMY J. ST. EVE |
| ROCKFORD BLACKTOP, INC., ) | |
| a Nevada corporation, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed Plaintiffs' Amended Complaint with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the Amended Complaint and Certificate of Service by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of June 2008:

> Jonathan Hoag
> Hinshaw & Culbertson, LLP
> 100 Park Avenue
> PO Box 1389
> Rockford, IL   61105

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Rockford Blacktop\certificate of service.cms.df.wpd