IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUGAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROCKFORD BLACKTOP CONSTRUCTION CO., an Illinois Corporation, f/k/a ROCKFORD BLACKTOP, INC., a Nevada Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)  Case No.: 08-CV-2651<br>)<br>)  Judge: ST. EVE<br>)<br>)<br>)<br>)<br>) |

TO:   All Attorneys of Record

### RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

YOU ARE HEREBY NOTIFIED, that on **August 6, 2008**, at **8:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Amy J. St. Eve** in Room 1241 occupied by her, or in her absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there:

Present **Motion to Transfer Case to the Western Division**, a copy attached,

At which time and place you may appear, if you so desire.

                                                                       Respectfully submitted,

                                                                       HINSHAW & CULBERTSON LLP

                                                                       By:   s/Lori L. Hoadley
                                                                             Lori L. Hoadley

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70566682v1 867139

## AFFIDAVIT OF SERVICE

The undersigned certifies that on June 27, 2008, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Dugan v. Rockford Blacktop Construction Co.**

For Plaintiffs:
Cecilia M. Scanlon, Esq.
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone  312.236.4316
Fax     312.236.0241


s/ Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

70566682v1 867139