IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 08-CV-2651 |
| v. ) | |
| ) | Judge: ST. EVE |
| ROCKFORD BLACKTOP CONSTRUCTION ) | |
| CO., an Illinois Corporation, f/k/a ROCKFORD ) | |
| BLACKTOP, INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Please take notice that on June 27, 2008, the Defendant, ROCKFORD BLACKTOP CONSTRUCTION, CO., incorrectly identified as "Rockford Blacktop Construction, Co., an Illinois Corporation, f/k/a Rockford Blacktop, Inc., a Nevada corporation", by and through its attorneys, HINSHAW & CULBERTSON LLP, filed its Appearance, Rule 5.3(b) Notice of Presentment of Motion, Motion to Transfer Case to the Western Division, and Memorandum of Law in Support of Motion to Transfer Case to the Western Division on the Plaintiffs, William Dugan, et al., pursuant to the attached Affidavit of Service.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


By: s/Lori L. Hoadley
    Lori L. Hoadley


Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70566689v1 867139

## AFFIDAVIT OF SERVICE

The undersigned certifies that on June 27, 2008, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Dugan v. Rockford Blacktop Construction Co.**

For Plaintiffs:
Cecilia M. Scanlon, Esq.
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone  312.236.4316
Fax     312.236.0241


s/ Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

70566689v1 867139