UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

William E. Dugan, et al.
                         Plaintiff,

v.                                           Case No.: 1:08−cv−02651
                                                      Honorable Amy J. St. Eve

Rockford Blacktop, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to Local Rule 5.3(b), the Court hereby strikes Defendants' motion to transfer case to the Western Division [16] without prejudice for failure to notice the motion "not more than 10 business days following the date on which the motion or objection is delivered to the court." L.R. 5.3(b). Defendants noticed the motion for August 6, 2008 −− approximately 27 business days after filing it. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.