IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 08-CV-2651 |
| v. ) | |
| ) | Judge: Amy J. St. Eve |
| ROCKFORD BLACKTOP CONSTRUCTION ) | |
| CO., an Illinois Corporation, f/k/a ROCKFORD ) | Magistrate Martin C. Ashman |
| BLACKTOP, INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Please take notice that on August 1, 2008, the Defendant, ROCKFORD BLACKTOP CONSTRUCTION, CO., incorrectly identified as "Rockford Blacktop Construction, Co., an Illinois Corporation, f/k/a Rockford Blacktop, Inc., a Nevada corporation", by and through its attorneys, HINSHAW & CULBERTSON LLP, filed Defendant's Answer and Affirmative Defenses to Plaintiffs' Amended Complaint on the Plaintiffs, William Dugan, et al., pursuant to the attached Affidavit of Service.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Lori L. Hoadley
Lori L. Hoadley

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70570066v1 867139

## AFFIDAVIT OF SERVICE

The undersigned certifies that on August 1, 2008, a copy of the foregoing Notice of Filing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Dugan v. Rockford Blacktop Construction Co.**

For Plaintiffs:
Cecilia M. Scanlon, Esq.
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone  312.236.4316
Fax     312.236.0241


s/ Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

70570066v1 867139