IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 08-CV-2651 |
| v. ) | |
| ) | Judge: Amy J. St. Eve |
| ROCKFORD BLACKTOP CONSTRUCTION ) | |
| CO., an Illinois Corporation, f/k/a ROCKFORD ) | Magistrate Martin C. Ashman |
| BLACKTOP, INC., a Nevada Corporation, ) | |
| ) | |
| Defendant. ) | |

TO:   All Attorneys of Record

### RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

YOU ARE HEREBY NOTIFIED, that on **August 6, 2008, at 8:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Amy J. St. Eve** in Room 1241 occupied by her, or in her absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there:

Present **Motion for Protective Order**, a copy attached,

At which time and place you may appear, if you so desire.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Lori L. Hoadley
       Lori L. Hoadley

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70570193v1 867139

## AFFIDAVIT OF SERVICE

The undersigned certifies that on August 4, 2008, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Dugan v. Rockford Blacktop Construction Co.**

For Plaintiffs:
Cecilia M. Scanlon, Esq.
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Phone 312.236.4316
Fax    312.236.0241


s/ Susan Zimmerman


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone 815.490.4900
Fax    815.490.4901

2