

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
 CLERK

312-435-5671

August 6, 2008

Ms. Julia Mitchell, Deputy In Charge
U..S. District Court
211 South Court Street
2nd Floor
Rockford, Illinois 61101

Re:  Dugan et al v. Rockford Blacktop, Inc.

USDC No: 08-c-2651

Dear Ms. Mitchell:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 8/5/2008 by the Honorable Amy J. St. Eve.  Enclosed is a certified copy of the transfer order and docket sheet.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   Elisa Perez
         Deputy Clerk

Enclosures