

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5671

August 6, 2008

**F I L E D**

AUG 0 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ms. Julia Mitchell, Deputy In Charge
U..S. District Court
211 South Court Street
2nd Floor
Rockford, Illinois 61101

*Judge Reinhard*

Re: Dugan et al v. Rockford Blacktop, Inc.

USDC No: 08-c-2651

Dear Ms. Mitchell:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 8/5/2008 by the Honorable Amy J. St. Eve. Enclosed is a certified copy of the transfer order and docket sheet.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   Elisa Perez
      Deputy Clerk

Enclosures