IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM DUGAN, et al.,  )<br><br>     Plaintiffs, )<br>   )<br>v.   )<br>   )<br>ROCKFORD BLACKTOP CONSTRUCTION )<br>CO., an Illinois Corporation, f/k/a ROCKFORD )<br>BLACKTOP, INC., a Nevada Corporation,   )<br>   )<br>     Defendant. ) | Case No.: 08-CV-2651<br><br>Judge:  Frederick Kapala<br><br>Magistrate Mahoney |

TO:    All Attorneys of Record

### RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

YOU ARE HEREBY NOTIFIED, that on **August 27, 2008**, at **1:30 p.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Magistrate Mahoney** in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there:

Present **Motion for Protective Order,** a copy previously filed and served,

At which time and place you may appear, if you so desire.

Dated: August 13, 2008            Respectfully submitted,

                                                         HINSHAW & CULBERTSON LLP


                                                         By:  s/Lori L. Hoadley
                                                              Lori L. Hoadley


Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70571302v1  867139

## AFFIDAVIT OF SERVICE

The undersigned certifies that on August 13, 2008, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Dugan v. Rockford Blacktop Construction Co.**

For Plaintiffs:
Cecilia M. Scanlon, Esq.
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone  312.236.4316
Fax     312.236.0241


s/ Rhonda Walker

Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

70571302v1  867139